# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 21, 2026

Lyle W. Cayce
Clerk

No. 25-11051
Summary Calendar

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

TAQUYRION HARRIS,

*Defendant—Appellant*,

CONSOLIDATED WITH

No. 25-11054

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

TAQUYRION KIYON HARRIS,

*Defendant—Appellant*.

Appeals from the United States District Court
for the Northern District of Texas

USDC Nos. 4:25-CR-121-1, 4:22-CR-274-5

_____

Before SMITH, HIGGINSON, and WILSON, *Circuit Judges*.

PER CURIAM:[*]

The Federal Public Defender appointed to represent TaQuyrion Harris has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Harris has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the consolidated appeals present no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeals are DISMISSED. *See* 5TH CIR. R. 42.2.

_____

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

2